**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAX HOME, LLC,<br><br>             Plaintiff,<br><br>     v.<br><br>JONATHAN LOUIS INTERNATIONAL, LTD.,<br><br>             Defendant. | Case No. 2:23-cv-05472-AB-MRW<br><br>[~~PROPOSED~~] **ORDER OF DISMISSAL** |

The Court has reviewed the Parties' Joint Stipulation of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41. It is hereby **ORDERED** that this action is dismissed in its entirety with prejudice as to all Parties and all causes of action. The Parties will bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: July 9, 2024

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE